**Joey Duane SCOTT, Plaintiff–Appellant,**

v.

**Reuben Franklin YOUNG; Robert C. Lewis; Frank L. Perry; Hattie Pimpong; James M. Johnson, Defendants–Appellees.**

No. 15–6908.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 30, 2015.

Decided: Nov. 12, 2015.

Joey Duane Scott, Appellant ·Pro Se. Yvonne Bulluck Ricci, Assistant Attorney General, Kimberly D. Grande, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before WILKINSON and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joey Duane Scott appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint and certain nondispositive orders. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Scott v. Young*, No. 5:12–ct–03159–FL (E.D.N.C. June 19, 2014; Oct. 7, 2014, Jan. 22, 2015; Apr. 15, 2015; May 28, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*